Jessie A. FUNK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43164.

Missouri Court of Appeals,
Western District.

Nov. 27, 1990.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Jan. 2, 1991.

Application to Transfer Denied
Feb. 7, 1991.

David S. Durbin, Appellate Defender,
Kansas City, for appellant.

William L. Webster, Atty. Gen., John M.
Morris, Asst. Atty. Gen., Jefferson City,
for respondent.

Before BERREY, P.J., and FENNER
and ULRICH, JJ.

ORDER

PER CURIAM

Appeal from denial of Rule 24.035 motion
for postconviction relief without an eviden-
tiary hearing.

Judgment affirmed.   Rule 84.16(b).